

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00406-CR

**ROSALYN BURDETT,**

                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                        **Appellee**

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. F46691

## O R D E R

Prior to the trial in this cause, a motion to suppress statements made by Rosalyn Burdett was heard and denied by the trial court. In that hearing, Burdett contended that two statements she made to law enforcement were not voluntary. The Court of Criminal Appeals has held that the trial court is required to make findings of fact and conclusions of law regarding the voluntariness of a statement when a question is raised even if the defendant did not request them. *See Vasquez v. State*, 411 S.W.3d 918, 920 (Tex. Crim. App. 2013); TEX. CODE CRIM. PROC. art. 38.22 Sec. 6.

It appears from the record that no findings of fact and conclusions of law were requested by the parties or entered by the trial court. We therefore abate this proceeding to the trial court for the entry of these findings and conclusions. *Vasquez*, 411 S.W.3d at 920.

The trial court is ordered to enter its findings of fact and conclusions of law within twenty-one days of the date of this order. The trial court's written findings shall be forwarded to the Clerk in a supplemental clerk's record within thirty days of the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed August 21, 2014